[No. 33389-5-I.    Division One.    December 27, 1994.]

VAUGHN FIERKE, ET AL, *Respondents*, v. FREDERICK
DICKHAUS, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 93-2-02768-9, Joseph A. Thibodeau, J.,
entered August 25, 1993. *Affirmed* by unpublished opinion
per Pekelis, C.J., concurred in by Scholfield and Grosse, JJ.


[No. 30522-1-I.    Division One.    December 27, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. CURTIS LEE
ODOM, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-06751-8, Arthur E. Piehler, J., entered
March 16, 1992. *Affirmed* by unpublished opinion per
Scholfield, J., concurred in by Grosse and Webster, JJ.


[No. 32683-0-I.    Division One.    December 27, 1994.]

THE STATE OF WASHINGTON, *Appellant*, v. MERILLIN
MICHELE PARIS, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-05560-7, Faith Enyeart, J., entered March
31, 1993. *Reversed* and *remanded* by unpublished opinion per
Scholfield, J., concurred in by Grosse and Agid, JJ.


[Nos. 30336-8-I; 32035-1-I.    Division One.    December 27, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MARVIN S.
EKKELKAMP, *Appellant*.

Appeals from judgments of the Superior Court for Sno-
homish County, Nos. 92-1-01549-4, 92-1-01101-2, James H.
Allendoerfer and Kathryn E. Trumbull, JJ., entered March
12 and December 8, 1992. *Affirmed* by unpublished opinion
per Webster, J., concurred in by Scholfield and Grosse, JJ.